# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2019

## NO. 03-18-00795-CR

## Ex parte Marcus Hanson

### APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the trial court's order denying appellant's application for writ of habeas corpus. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying appellant's habeas application. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.